DREW EBERSON *v.* RAYMOND C. GALVIN

The motion by the plaintiff dated July 20, 1971, to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

The motion by the plaintiff dated September 15, 1971, to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Nicholas F. DeNigris,* for the appellee (plaintiff).

*Louis J. Mattioli,* with whom was *Harry E. Yard,* for the appellant (defendant).

Argued October 5—decided October 5, 1971

MARY L. MANGANO *v.* NORMAN M. PRAGUE

The motion by the defendant to dismiss the appeal from the Superior Court in Windham County is denied.

*Francis J. Foley III* and *Jackson T. King, Jr.,* for the appellee (defendant).

*John A. Spector,* for the appellant (plaintiff).

Argued October 5—decided October 5, 1971

B.I.B. ASSOCIATES *v.* ZONING BOARD OF APPEALS OF THE CITY OF STAMFORD ET AL.

The motion by the defendant Better Housing, Inc., to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*James R. Fogarty, Jr.,* for the appellee (defendant Better Housing, Inc.).

*Samuel J. Bernstein,* for the appellant (plaintiff).

Argued October 5—decided October 5, 1971